**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **METRO AUTO SALES, INC.** | : **CIVIL ACTION** |
| | : |
| **vs.** | : |
| | : **NO. 14-6530** |
| **THE REYNOLDS AND REYNOLDS** | : |
| **COMPANY** | : |

## ORDER

**AND NOW,** this 21st day of July 2015, following discovery on arbitrability required by questions as to the existence of an arbitration agreement which may address this dispute (ECF Doc. No. 15) and upon consideration of Defendant's Renewed Motion to Compel Arbitration (ECF Doc. No. 23), Plaintiff's Opposition (ECF Doc. No. 30), Defendant's reply (EECF Doc. No. 32), Oral Argument (ECF Doc. No. 37), and as addressed in the accompanying Memorandum, it is **ORDERED** Defendant's Renewed Motion (ECF Doc. No. 23) is **GRANTED** and Plaintiff shall promptly proceed to the binding arbitration forum agreed by the parties.

The Clerk of Court shall **CLOSE** this matter.

_____
**KEARNEY, J.**